# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ABDULLAH MUFLAHI AND ABUE
CHDAD INC. D/B/A TRIPLE S
FOOD MART

VERSUS

BLANE SALAMONI, HOWIE LAKE
TIMOTHY B. BALLARD, ROBERT
COOK, CHIEF OF POLICE, CARL
DABADIE AND THE CITY OF
BATON ROUGE

NO.   2026 CW 0501

**AUGUST 7, 2026**

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge, Et Al.,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 649753.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

**WIL**
**SMM**

**Theriot, J.**, would not consider the writ.  It is difficult to ascertain whether all of the exhibits which were attached to or properly referenced in the motion and/or the opposition were included in the writ application. For example, the opposition filed with the district court referred to an Exhibit C, described as a body camera video identified as VID_20160705_021026.954, but that video was not included with the writ application.  Moreover, there is a copy of an answer which follows the opposition in the writ application which is marked as Exhibit C.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
 FOR THE COURT